IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RONALD RUSHIN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0181-RWS |
| SHERIFF BANDY, Hall County | : |
| Detention Center, *et al.* | : |
| | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Final Report and Recommendation [4] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this actions is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this   6th   day of October, 2011.


_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)